IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 6:22-cv-968 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Vanguard Integrated Solutions Ltd.,** | |
| Defendant. | |

**NOTICE OF RELATED CASE (Western District of Texas)**

**Patent Nos. 6,473,527; 6,972,790; and 8,537,242**

| Case Name | Case Number | Active Judge | Case Filing Date |
|---|---|---|---|
| Cedar Lane Technologies Inc. v. Brickcom Corporation | 6-22-cv-00452 | Alan D. Albright | 5/4/2022 |
| Cedar Lane Technologies Inc. v. Johnson Controls International plc | 6-22-cv-00539 | Alan D. Albright | 5/26/2022 |
| Cedar Lane Technologies Inc. v. i3 International, Inc. | 6-22-cv-00631 | Alan D. Albright | 6/16/2022 |
| Cedar Lane Technologies Inc. v. Lorex Technology, Inc. | 6-22-cv-00654 | Alan D. Albright | 6/23/2022 |
| Cedar Lane Technologies Inc. v. Longse Technology Limited | 6-22-cv-00655 | Alan D. Albright | 6/23/2022 |
| Cedar Lane Technologies Inc. v. AVer Information Inc. (Taiwan) | 6-22-cv-00657 | Alan D. Albright | 6/24/2022 |
| Cedar Lane Technologies Inc. v. Dynacolor Inc. | 6-22-cv-00658 | Alan D. Albright | 6/24/2022 |
| Cedar Lane Technologies Inc. v. Dynacom Communications Inc. | 6-22-cv-00659 | Alan D. Albright | 6/24/2022 |
| Cedar Lane Technologies Inc. v. EverFocus Co., Ltd. | 6-22-cv-00661 | Alan D. Albright | 6/24/2022 |
| Cedar Lane Technologies Inc. v. Hi Sharp Electronics Co., Ltd. | 6-22-cv-00674 | Alan D. Albright | 6/27/2022 |
| Cedar Lane Technologies Inc. v. Lumens Digital Optics Inc. | 6-22-cv-00681 | Alan D. Albright | 6/27/2022 |
| Cedar Lane Technologies Inc. v. Matrix Comsec Pvt. Ltd. | 6-22-cv-00685 | Alan D. Albright | 6/27/2022 |
| Cedar Lane Technologies Inc. v. Hitron Systems, Inc. | 6-22-cv-00699 | Alan D. Albright | 6/29/2022 |
| Cedar Lane Technologies Inc. v. Moxa Inc. | 6-22-cv-00778 | Alan D. Albright | 7/13/2022 |
| Cedar Lane Technologies Inc. v. NEXCOM International Co., Ltd. | 6-22-cv-00946 | Alan D. Albright | 9/13/2022 |
| Cedar Lane Technologies Inc. v. PLANET Technology Corporation | 6:22-cv-00947 | Alan D. Albright | 9/14/2022 |
| Cedar Lane Technologies Inc. v. Provision-ISR | 6:22-cv-00948 | Alan D. Albright | 9/14/2022 |
| Cedar Lane Technologies Inc. v. ONVU Technologies Group AG Notice | 6:22-cv-00953 | Alan D. Albright | 9/14/2022 |
| Cedar Lane Technologies Inc. v. Pryntec | 6:22-cv-00955 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Samriddhi Automations Pvt. Ltd. | 6:22-cv-00956 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Shany Electronic Co. Ltd. | 6:22-cv-00958 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Silent Sentinel Ltd. | 6:22-cv-00960 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Synectics plc | 6:22-cv-00961 | Alan D. Albright | 9/15/2022 |
| Cedar Lane Technologies Inc. v. Tattile s.r.l. | 6:22-cv-00962 | Alan D. Albright | 9/16/2022 |
| Cedar Lane Technologies Inc. v. Urmet S.p.A. | 6:22-cv-00967 |  | 9/16/2022 |

Dated: September 16, 2022   Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on September 16, 2022 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
